# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

YAKIMA VALLEY MEMORIAL HOSPITAL,
a Washington Nonprofit Corporation,
                          Plaintiff,

v.

WASHINGTON STATE DEPT. OF HEALTH;
MARY C. SELECKY, in her official capacity as
Secretary of the Wash. State Dept. of Health,
                          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3032-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Defendants' favor on all claims per Order filed 5/25/2010.

May 25, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson