UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA VALLEY MEMORIAL HOSPITAL, a Washington Nonprofit Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF HEALTH; MARY C. SELECKY, in her official capacity as Secretary of the Washington State Department of Health,<br><br>　　　　Defendants. | NO. CV-09-3032-EFS<br><br>**STIPULATED PROTECTIVE ORDER** |

　　This matter comes before the Court on the parties' Stipulated Protective Order, ECF No. 108, which the Court construes as a motion.

　　Based on the stipulation of the parties, **IT IS HEREBY ORDERED**:

　　　　A.　The parties and third parties may designate as "confidential information" any information provided by them in this litigation, any information contained in documents produced by them in this litigation or any information contained in oral testimony given in this litigation which discloses their trade secrets, their prices or costs, their customers' identities or other confidential information of competitive or proprietary importance concerning their business.  Such

ORDER ~ 1

confidential information is to be used only in the manner hereinafter described in part B.

      1.    The designation of "confidential information" shall be made by placing or affixing a stamp or marking upon the face sheet of a document containing such confidential information or any cover document, label, or container for electronically-stored information ("ESI") or physical objects (in such a manner as will not interfere with the legibility or use thereof) the notice "CONFIDENTIAL," "FOR COUNSEL ONLY" or the like, or stating on the record of any proceeding in which oral testimony is provided that a specific document or testimony is "Confidential" or "For Counsel Only" or the like.  If only a portion of a document is designated as "Confidential" or "For Counsel Only," the aforesaid notice shall be placed on the face sheet of such document, and the specific portions of the documents which are claimed to be confidential shall be underlined, bracketed, highlighted or similarly designated.

      2.    This protective order may be amended if a third party is allowed to intervene.  In addition, any party wishing to share confidential or For Counsel Only information with a person with whom that party has a joint defense agreement will identify to the other party the information to be shared in order to give the other party the opportunity to object.  If an objection is lodged, the party wishing to disclose the information may appeal to the court for permission to disclose the information.

      3.    If any party objects to the classification of any information as "Confidential" or "For Counsel Only" at any time during

ORDER ~ 2

the pendency of this litigation, such party shall give written notice of its objection to the producing party.  After such notice is given, the parties shall confer and, if they are unable to resolve their differences, the producing party may apply to this Court for a determination whether the designated material is to be classified as "Confidential" or "For Counsel Only."  If the producing party does not move the Court for such a determination within thirty (30) days after receipt of written notice of an objection, the information shall be deemed to be non-confidential.

    4. Any information which has been produced and designated "Confidential" or "For Counsel Only," which becomes the subject of an objection and a timely motion to be designated as "Confidential" or "For Counsel Only" shall be treated as designated, i.e., "Confidential" or "For Counsel Only," subject to the terms of this Order until the Court has ruled on the motion.

  B. Counsel for the non-producing party or parties shall not disclose, make available, or otherwise communicate such confidential information to any other person except that:

    1. Counsel may disclose information designated "For Counsel Only" only to co-counsel and individuals regularly employed in such counsel's office.  The information disclosed to such co-counsel is not to be disclosed by him to anyone else, and is not to be used for any purpose other than motions, hearings, trial preparation, the trial, and any appeal of these actions.

    2. Counsel may disclose to management personnel of the parties information designated "Confidential."  The information disclosed

ORDER ~ 3

to such management personnel is not to be disclosed by them to anyone else, and is not to be used for any purpose other than motions, hearings, trial preparation, the trial, and any appeal of these actions.

      3. Counsel may disclose information designated "Confidential" to expert witnesses, consultants, and clerical and accounting personnel who are directly employed or retained in connection with this litigation by the parties to the extent that such disclosure is necessary for the preparation of this case for hearing, trial, or appeal. All such persons to whom such disclosure is made by counsel (other than persons regularly employed in counsel's offices) shall agree in writing to be bound by the terms of this Order as provided in paragraph B.2. hereinabove, and shall execute an agreement in the form of the Confidentiality Agreement annexed hereto as "Exhibit A." Each person shall agree that such information is confidential, is not to be disclosed by him or her to anyone else, and is not to be used for any purpose other than hearing, trial, or appeal preparation, any hearing, any trial, and any appeal of this action.

      4. Information designated "Confidential" may be used in connection with the deposition of any person provided that any witness at a deposition who is not otherwise bound by this Protective Order shall be informed of the contents of the Protective Order prior to the submission of any confidential information to him or her, and executes that Confidentiality Agreement attached as "Exhibit A."

    C. Counsel shall preserve the confidentiality of all information designated as "Confidential" or "For Counsel Only" pursuant

ORDER ~ 4

to this Order and agree not to introduce such information into the public record, subject to the following provisions:

    1.    To the extent that the transcript of any deposition and the exhibits thereto incorporate any such confidential information, the portion of such transcript and any exhibits thereto incorporating any such confidential information either in haec verba or by way of summary shall be marked with the notice "CONFIDENTIAL" or "FOR COUNSEL ONLY" and shall be subject to the terms of this Order.

    2.    To the extent that only a portion of a document filed by counsel quotes or summarizes confidential information, that document shall be subject to the terms of this Order and counsel shall comply with the provisions of paragraph A.1., supra.

    3.    Information designated "Confidential" or "For Counsel Only" may be used at any hearing or trial under such conditions as the Court may impose.

    4.    Counsel shall move, pursuant to CR 5(g), for entry of any order to maintain under seal any pleadings, transcripts, exhibits and other documents which are marked "CONFIDENTIAL" or "FOR COUNSEL ONLY" and are filed in this action.

    D.    Documents and materials designated "Confidential" or "For Counsel Only" and furnished hereunder (and all copies thereof) shall be promptly returned to the producing party or destroyed at the producing party's request at the conclusion of this litigation.

    E.    Any information produced hereunder as "Confidential" or "For Counsel Only" but independently and lawfully obtained from other sources, shall not be subject to this Protective Order.

ORDER ~ 5

This Protective Order is made without prejudice to the right of any party to seek modification of this Order from the Court with respect to any specific material upon a showing of good cause.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this   29th   day of February 2012.

                         S/ Edward F. Shea
                         EDWARD F. SHEA
                         United States District Judge

```
Q:\Civil\2009\3032.stip.protect.order.lc2.wpd
```

ORDER ~ 6