AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

YAKIMA VALLEY MEMORIAL HOSPITAL, a
Washington Nonprofit Corporation,

                          Plaintiff,

                            v.

WASHINGTON STATE DEPARTMENT OF HEALTH;
MARY C. SELECKY, in her official capacity as Secretary
of the Washington State Department of Health,

                          Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-3032-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice pursuant to the Order Granting Defendants' Motion For Summary Judgment entered on July 9, 2012, ECF No. 342.

| | |
|---|---|
| July 9, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |