UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YAKIMA VALLEY MEMORIAL HOSPITAL, a Washington nonprofit corporation,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>YAKIMA HMA, LLC, DBA Yakima Regional Medical and Cardiac Center,<br><br>Applicant-in-intervention - Appellant,<br><br>WASHINGTON STATE DEPARTMENT OF HEALTH; MARY C. SELECKY, in her official capacity as Secretary of the Washington State Dept. of Health,<br><br>Defendants. | No. 12-35234<br><br>D.C. No. 2:09-cv-03032-EFS<br>U.S. District Court for Eastern Washington, Spokane<br><br>**MANDATE** |

The judgment of this Court, entered December 12, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk